## Scott's Petition.

*Taxation—Assessment—Appeal—Finding of fact.*

Where on an appeal by a landowner from the assessment of the county commissioners, the court has reduced the valuation to the public sale value, a finding of fact by it that such valuation is uniform with the valuation of other real estate throughout the county will not be disturbed except for manifest error.

Argued Feb. 7, 1911.   Appeal, No. 310, Jan. T., 1910, by Edgar T. Scott, from order of C. P. Delaware Co., March T., 1910, No. 90, in Re Appeal of Edgar T. Scott from assessment for taxation.   Before FELL, C. J., BROWN, ELKIN, STEWART and MOSCHZISKER, JJ.   Affirmed.

Appeal under the Act of April 19, 1889, P. L. 38, from tax assessment.

BROOMALL, J., found, inter alia, the following as a fact:

We are convinced that there is no such thing in Delaware county as adjusting the tax valuations at a less sum than the public sale valuations, and that such a rule would be a bad one to adopt. [2]

The opinion of the Supreme Court states the case.

*Error assigned* among others was (2) above finding of the court.

*Lewis Lawrence Smith*, for appellant.

*Frank G. Perrin*, county solicitor, for appellee.

PER CURIAM, April 10, 1911:

The plaintiff's property was assessed for taxation at $192,800.   The court found that its public sale value was $130,000 and reduced the assessment to that amount. He claimed a further reduction on the allegation that the standard of valuation throughout the district was below the market value.   The court found that the valuation

of $130,000 was uniform with the valuation of other real estate throughout the county. This finding, to which an exception is taken has not only all the weight of a finding of fact by the court, but the rule that such a finding will not be disturbed except for manifest error applies to it with exceptional force because of the nature of the subject of inquiry.

The decree is affirmed at the cost of the appellant.